UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLOTTE DRUEDING, | CASE NO. 22-CV-00155-LK |
| Plaintiff, | MINUTE ORDER GRANTING STIPULATION |
| v. | |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | |
| Defendant. | |

The Clerk issues the following Minute Order by the authority of the Honorable Lauren King, United States District Judge.

The Court GRANTS the parties' Stipulation Extending Time to Respond to Complaint. Dkt. No. 7. Defendant shall file an answer or other responsive pleading no later than Friday, March 25, 2022. *See id.* at 1.

Dated this 14th day of February, 2022.

RAVI SUBRAMANIAN
Clerk of Court

*/s/Natalie Wood*
Deputy Clerk

MINUTE ORDER GRANTING STIPULATION - 1